**CSD 1162** [08/22/03]
Name, Address, Telephone No. & I.D. No.
TIMOTHY J. SILVERMAN, ESQ. [SBN. 145264]
SOLOMON, GRINDLE, SILVERMAN & WINTRINGER, APC
12651 HIGH BLUFF DRIVE, SUITE 300
SAN DIEGO, CA 92130

TEL: [858] 793-8500
FAX: [858] 793-8263

Order Entered on June 09, 2010 by Clerk U.S. Bankruptcy Court Southern District of California

**UNITED STATES BANKRUPTCY COURT**

SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re       MARTIN A. ROMANO<br><br>                                              Debtor(s). | BANKRUPTCY NO.  08-04588-LT11 |
| AMERICA'S SERVICING COMPANY duly authorized servicing agent for MORTGAGE LOAN SPECIALISTS, INC., its successors and/or assigns,<br>                                            Moving Party | RS NO.  TJS-1 |
| MARTIN A. ROMANO; UNITED STATES TRUSTEE<br><br>                                         Respondent(s) | |

## ORDER ON NONCONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY
☒ REAL PROPERTY      ☐ PERSONAL PROPERTY

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through __2__ with exhibits, if any, for a total of __3__ pages, is granted.  Motion Docket Entry No. __256__

//

//

//

//

DATED: June 09, 2010

[Signature]
Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

Solomon, Grindle, Silverman & Wintringer, APC
(Firm name)

By: /S/ Timothy J. Silverman
    Attorney for Movant

**CSD 1162**

Case 08-04588-LT11    Filed 06/09/10    Doc 261    Pg. 2 of 4

`CSD 1162 [08/22/03] (Page 2)`
ORDER ON NON-CONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY ON REAL OR PERSONAL PROPERTY
DEBTOR: MARTIN A. ROMANO                          CASE NO:    08-04588-LT11
                                                   RS NO.:          TJS-1

The Motion of <u>America's Servicing Company duly authorized servicing agent for Mortgage Loan Specialists, Inc., its successors and/or assigns</u>, ("Movant"), for relief from the automatic stay having been filed with the above-entitled court on <u>May 25, 2010</u>, and

The Notice of Filing of a Motion for Relief from Automatic Stay (a file-stamped copy of which is attached hereto as Exhibit _ OR Notice Docket Entry No. <u>258</u>, if filed electronically), the Motion, and accompanying Declarations having been served upon the parties named below on <u>May 25, 2010</u>, and

**SEE ATTACHED LIST**

No objection or Request for Hearing having been filed by or on behalf of the Debtor, IT IS HEREBY ORDERED as follows:

The automatic stay pursuant to 11 U.S.C. Section 362 is hereby terminated for all purposes as to Movant in connection with the estate's and the debtor's interest in

1.  [X]     The following real property:

    a.  Street address of the property including county and state:
        6948 Dunsbach Way, Las Vegas, Nevada 89156 in the County of Clark.

    b.  Legal description is [ ] attached as Exhibit A or [X] described below:

        LOT THREE(3) IN BLOCK FIVE (5) OF SIERRA SUNRISE - UNIT 5A AS SHOWN BY MAP THEREOF ON ON FILE IN BOOK 26 OF PLATS, PAGE 35 IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.
        APN: 140-23-115-016

2.  [ ]     The following personal property as described [ ] below or [ ] in Exhibit B attached:

    IT IS FURTHER ORDERED that *(Optional)*:

    That the requirements of Bankruptcy Rule 4001(a)(3) are hereby terminated.

`CSD 1162`

*Signed by Judge Laura Stuart Taylor June 09,2010*

**Debtor**
Martin A. Romano
PO Box 2051
El Cajon, CA 92021

**Attoneys for Debtor**
Tracy L. Schimelfenig, Esq.,
1111 Sixth Avenue, $404
San Diego, CA 92101

William P. Fennell, Esq.,
1111 Sixth Avenue, #404
San Diego, CA 92101

**United States Trustee**
402 West Broadway, Ste 600
San Diego, CA 92101-8511

David A. Ortiz
402 West Broadway, Ste 600
San Diego, CA 92101-8511

CSD 1162

*Signed by Judge Laura Stuart Taylor June 09,2010*

SERVICE LIST OF 20 LARGEST CREDITORS:

**AAA Financial Services**
PO Box 15026
Wilmington, DE 19850-5026

**Chase**
Card member Services
PO Box 15298
Wilmington, DE 19850-5298

**Chase Mortgage**
3415 Vision Dr.
Columbus, OH 43219

**Countrywide Home Loans, Inc.**
PO Box 5170
Simi Valley, CA 93062

**Ford Motor Credit Company**
Customer Service Ctr
PO Box 542000
Omaha, NE 68154-8000

**Grossmont Hospital**
5555 Grossmont Center Dr.
La Mesa, CA 91942

**Jim M. Jones**
c/o Christensen
Schwerdtfeger
550 West C. Street # 1660
San Diego, CA 92101

**Mission Federal Credit Union**
PO Box 850
Temecula, CA 92593-0850

**National City Bank**
PO Box 94982
Cleveland, OH 44101

**Robert W. Zickert, Esq.**
444 W. C St., #200
San Diego, CA 92101

**Wells Fargo Bank, N.A.**
c/o Customer Management
PO Box 4233
Portland, OR 97208

CSD 1162

*Signed by Judge Laura Stuart Taylor June 09,2010*